FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 04 2025

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25-4655 KWR |
| | ) | |
| vs. | ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon in Possession of a Firearm and Ammunition. |
| | ) | |
| **JEROME NARANJO,** | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury charges:

On or about November 22, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **JEROME NARANJO**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically, robbery, possession of a controlled substance, and escape from a community custody program, knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **JEROME NARANJO**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

a. a Steyr M9-A1 9x19 pistol, serial number 3104643.

Case 1:25-cr-04655-KWR Document 2 Filed 11/04/25 Page 2 of 2

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

Assistant United States Attorney